FILED

12/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0453

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 22-0453

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

BRIAN ROBERT BENEDICT,

     Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time and good cause appearing,

**IT IS HEREBY ORDERED** that the motion is **GRANTED,** and Appellant has until January 4, 2024, to file the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 4 2023